**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WARNER CHILCOTT COMPANY, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-673-JCJ |
| | ) | |
| LUPIN LIMITED and | ) | |
| LUPIN PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER OF DEFENDANTS
LUPIN PHARMACEUTICALS, INC. AND LUPIN LIMITED**

Defendants Lupin Pharmaceuticals, Inc., having its principal place of business at Harborplace Tower, 111 S. Calvert Street, 21st Floor, Baltimore, Maryland 21202, and Lupin Limited, having its principal place of business at Laxmi Towers, B Wing, Bandra Kurla Complex, Bandra (East), Mumbai, Maharashtra 400 051, India (collectively "Lupin"),  by and through their attorneys, respond to each of the numbered paragraphs to the Complaint filed against it by Plaintiff  Warner Chilcott Company, LLC ("Warner Chilcott") as follows:

**THE PARTIES**

1.    Lupin is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of the Complaint and, therefore denies them.

2.    Lupin admits the allegations set forth in paragraph 2 of the Complaint.

3.    Lupin admits the allegations set forth in paragraph 3 of the Complaint.

4.    Lupin admits that Lupin Pharmaceuticals, Inc. distributes generic drugs for sale and use in the State of Delaware.  Lupin denies the remaining allegations made in paragraph 4 of the Complaint.

## JURISDICTION AND VENUE

5.     Lupin admits that this action for alleged infringement of U.S. Patent No. 5,552,394 ("the '394 patent") purports to arise under the patent laws of the United States, and that subject matter jurisdiction is proper for the claims directed against Lupin Ltd. only.  Lupin denies that subject matter jurisdiction exists over the claim of infringement based on 35 U.S.C. §271(e) insofar as it is directed to Lupin Pharmaceuticals Inc..  To the extent there are any remaining allegations in paragraph 5 of the Complaint, Lupin denies them.

6.     For the purposes of this action only, Lupin Ltd. and Lupin Pharmaceuticals Inc. do not contest personal jurisdiction, but deny the remaining allegations in paragraph 6 of the Complaint.

7.     Lupin denies the allegations set forth in paragraph 7 of the Complaint.

8.     Lupin does not contest that venue is proper as to it in this Court, but denies the remaining allegations in paragraph 8 of the Complaint.

## COUNT I
## CLAIM FOR INFRINGEMENT OF THE '394 PATENT

9.     On information and belief, Lupin admits that Warner Chilcott is the holder of New Drug Application ("NDA") No. 21-871, for Loestrin® 24 Fe, which contains the active ingredients norethindrone acetate and ethinyl estradiol.  On information and belief, Lupin admits that Loestrin® 24 Fe was approved by the United States Food and Drug Administration on ("FDA") on February 17, 2006 and is indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception.

2

Upon information and belief, Lupin admits that Loestrin® 24 Fe is sold as an oral contraceptive that contains 24 active tablets comprising 1 mg norethindrone acetate and 0.02 mg ethinyl estradiol followed by 4 ferrous fumarate tablets. To the extent there are any remaining allegations in paragraph 9 of the Complaint, Lupin denies them.

10.   Lupin admits that U.S. Patent No. 5,552,394 ("the '394 patent") entitled "Low Dose Oral Contraceptives with Less Breakthrough Bleeding and Sustained Efficacy" was issued by the United States Patent and Trademark Office ("PTO") on September 3, 1996 and that a copy of the '394 patent is attached as Exhibit A to the Complaint. Lupin denies that the '394 patent was "lawfully" issued by the PTO.

11.   Lupin is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11 of the Complaint.

12.   On information and belief, Lupin admits that the '394 patent claims a method of female contraception which comprises monophasicly administering a combination of estrogen and progestin in which the daily amounts of estrogen and progestin are equivalent to about 0.001 to 0.035 mg of ethinyl estradiol and about 0.025 to 10 mg of norethindrone acetate, and in which the weight ratio of estrogen to progestin is at least 1:45 calculated as ethinyl estradiol to noretindrone acetate for 24 days of a 28 day cycle. To the extent there are any remaining allegations in paragraph 12 of the Complaint, Lupin denies them.

13.   Lupin admits that the '394 patent is listed in the FDA *Approved Drug Products with Therapeutic Evaluations* ("Orange Book") for Loestrin® 24 Fe. Lupin denies the remaining allegations set forth in paragraph 13 of the Complaint.

14.     Lupin admits that Lupin Ltd. (not Lupin Pharmaceuticals Inc.) submitted to the FDA an Abbreviated New Drug Application ("ANDA") filed under 21 U.S.C. §355(j), to obtain approval to engage in the commercial manufacture, use, or sale of a product comprising 24 tablets containing 1mg norethindrone acetate and 0.02 mg ethinyl estradiol and 4 ferrous fumarate tablets prior to the expiration of the '394 patent.  To the extent there are any remaining allegations in paragraph 14 of the Complaint, Lupin denies them.

15.     Lupin admits that Lupin Ltd.'s ANDA directed to its proposed product comprising 24 tablets containing 1mg norethindrone acetate and 0.02 mg ethinyl estradiol and 4 ferrous fumarate tablets has been assigned No. 91-398.  To the extent there are any remaining allegations in paragraph 15 of the Complaint, Lupin denies them.

16.     Lupin admits that the composition that is the subject of Lupin's ANDA contains 24 tablets containing 1 mg norethindrone acetate and 0.02 mg ethinyl estradiol followed by 4 tablets containing ferrous fumarate tablets.  To the extent there are any remaining allegations in paragraph 16 of the Complaint, Lupin denies them.

17.     Lupin admits the allegations sets forth in paragraph 17 of the Complaint with respect to Lupin Ltd..  To the extent there are any remaining allegations in paragraph 17 of the Complaint against Lupin Pharmaceuticals, Inc., Lupin denies them.

18.     Lupin admits that Lupin Ltd. (not Lupin Pharmaceuticals, Inc.) sent notice of a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act to Warner Chilcott on or about July 30, 2009.  On information and belief, Lupin admits the remaining allegations in paragraph 18 of the Complaint.

4

19.    Lupin denies the allegations in paragraph 19 of the complaint.

20.    Lupin denies the allegations in paragraph 20 of the Complaint.

21.    Lupin denies the allegations in paragraph 21 of the Complaint.

22.    Lupin denies the allegations in paragraph 22 of the Complaint.

## DEFENSES

Further responding to the Complaint, and as additional defenses thereto, Lupin asserts the following defenses, without admitting any allegations of the Complaint not otherwise admitted and without assuming any burden when such burden would otherwise be on Warner Chilcott.

## FIRST DEFENSE
### (Invalidity of the '394 Patent)

23.    In view of the allegations of infringement contained in the Complaint, one or more of the claims of the '394 patent are invalid for failing to meet a condition for patentability set forth in 35 U.S.C. § 101 *et seq.* By way of example and not of limitation, any claim construed so as to be infringed by Lupin would be invalid under 35 U.S.C. §§ 102 or 103.

## SECOND DEFENSE
### (Non-infringement of the '394 Patent)

24.    The manufacture, use, offer for sale, sale, or importation of the Lupin products that are the subject of ANDA No. 91-398 does not and will not infringe any claim of the '394 patent, either literally or under the doctrine of equivalents.

## THIRD DEFENSE
### (Failure to State a Claim)

25.     To the extent that Plaintiffs allege that submission of ANDA No. 91-398 makes

this case exceptional under 35 U.S.C. §285, the Complaint fails to state a claim upon which relief

can be granted and must be dismissed.

## FOURTH DEFENSE
### (Improper Party)

26.     Lupin Pharmaceuticals Inc. is not a proper party to this action at least because it

did not file ANDA No. 91-398.

## PRAYER FOR RELIEF

WHEREFORE, Lupin respectfully requests the Court enter judgment against Plaintiff

and Warner Chilcott to include:

(a)     dismissal of Warner Chilcott's complaint with prejudice;

(b)     denial of each of Warner Chilcott's requested forms of relief against Lupin;

(c)     an award to Lupin of its reasonable costs and attorney's fees and expenses in

connection with this action; and

(d)     such other and further relief as the Court may deem just and proper.

OF COUNSEL:

Douglass C. Hochstetler
Sailesh K. Patel
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
Tel:  (312) 258-5500

D. Christopher Ohly
SCHIFF HARDIN LLP
1666 K Street NW, Suite 300
Washington, DC 20006
Tel:  (202) 778-6400

Dated:  October 21, 2009
938770 / 34837

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
       Richard L. Horwitz  (#2246)
       David E. Moore (#3983)
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       Wilmington, Delaware 19899-0951
       Tel:  (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

*Attorneys for Defendants*
*Lupin Limited and Lupin Pharmaceuticals, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 21, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on October 21, 2009, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Plaintiff*
*Warner Chilcott Company, LLC*

Dominick A. Conde
Steven C. Kline
John D. Carlin
Joanna L. Garelick
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
dconde@fchs.com
skline@fchs.com
jcarlin@fchs.com
jgarelick@fchs.com

*Attorneys for Plaintiff*
*Warner Chilcott Company, LLC*

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

938751 / 34836 / 34837